NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEGRATED TECHNOLOGICAL SYSTEMS, INC.,**
*Plaintiff-Appellant*

**v.**

**FIRST INTERNET BANK OF INDIANA,**
*Defendant-Appellee*

---

2017-1795

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00417-JRG-RSP, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

MATTHEW ZAPADKA, Porzio, Bromberg & Newman, PC, Washington, DC, argued for plaintiff-appellant. Also represented by RICHARD J. OPARIL, KEVIN M. BELL, SCOTT A. M. CHAMBERS.

DANIEL M. LECHLEITER, Faegre Baker Daniels LLP, Indianapolis, IN, argued for defendant-appellee. Also represented by BRIAN JAMES PAUL; DOOWON R. CHUNG, Minneapolis, MN; JUSTIN DEAN SCHNEIDER, Denver, CO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and DYK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 20, 2018       /s/ Peter R. Marksteiner
            Date                Peter R. Marksteiner
                              Clerk of Court